576

Hattie VOLLINK, Appellant, v. HOLLAND CELERY PLANTER CO. et al., Appellees.

No. 8193.

Circuit Court of Appeals, Sixth Circuit.

April 8, 1940.

Troff & McKessy, of Kalamazoo, Mich., and Thomas G. Boman, of Grand Rapids, Mich., for appellant.

Diekema, Cross, TenCate, of Holland, Mich., and Rice & Rice, of Grand Rapids, Mich., for appellees.

Before HICKS, ALLEN, and ARANT, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript, briefs and arguments of counsel; and it appearing that the record presents no reversible error, it is therefore ordered, adjudged and decreed that the decree herein appealed from be, and the same is in all things affirmed upon the grounds and for the reasons stated in the opinion of the District Court, 33 F.Supp. 203, filed February 9, 1938.